District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES D. CUNNINGHAM,<br><br>Defendant. | CASE NO. 2:98-CR-00728-001<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES' MOTION TO DISBURSE FUNDS TO DEFENDANT |

The United States of America moved (at **Dkt No 181**) for an order authorizing the Clerk of Court to disburse to Defendant Charles D. Cunningham $2,445.54 that was collected after his liability to pay restitution expired. The Court has considered the United States' Motion and any Response and Reply filed thereto (if any). For the reasons stated in the United States' Motion, the Court finds that the Motion should be granted.

Accordingly, the United States' Motion to Disburse Funds to Defendant is GRANTED, and the Clerk of Court is authorized and directed to disburse the $2,445.54 it presently holds, via

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

check payable to Charles D. Cunningham, and mailed to him at 9061 Seward Park Ave. S., Apt. 35-220, Seattle, WA 98118.

ENTERED this 5th day of August 2026.

HON. JOHN C. COUGHENOUR
United States District Judge

Presented by:

*s/ Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970